# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ORANGE LEAF HOLDINGS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-11-1041-HE |
| | ) | |
| JOE YASSO, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered this date, plaintiff Orange Leaf Holdings LLC is granted judgment against defendants Joe Yasso and Alexander LLC, an Arizona limited liability company, jointly and severally, in the amount of $103,400 plus attorneys fees in the amount of $10,900.

**IT IS SO ORDERED**.

Dated this 27th day of January, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE